### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

CHRISTOPHER JEROME BENTON,

     Plaintiff,

v.                                 CASE NO. 4:11-cv-00254-MP-CAS

TORRES-GONZALES,

     Defendant.

_____/

### O R D E R

     This matter is before the Court on Doc. 41, Plaintiff's Motion for Extension of Time to File Written Objections to Magistrate Judge's Report and Recommendation. Upon consideration, the motion is granted. Plaintiff shall have until Monday, March 25, 2013, to file objections to the Report and Recommendation.

     **DONE AND ORDERED** this *4th* day of March, 2013

                          *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge