IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER JEROME BENTON,

    Plaintiff,

v.                                    CASE NO. 4:11-cv-00254-MP-CAS

TORRES-GONZALES,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 11, 2013. (Doc. 39). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff was granted an extension of time to file objections, Doc. 42, but none have been filed. Upon consideration, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion for summary judgment, Doc. 35, is GRANTED, and judgment is entered in favor of the Defendant on Plaintiff's Eighth Amendment claim for deliberate indifference to his serious medical needs.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** this _30th_ day of September, 2013

                                              *s/Maurice M. Paul*
                                              Maurice M. Paul, Senior District Judge